**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LATONYA KIMBLE | ) | |
| 106 Morning Meadow Circle | ) | |
| West Monroe, LA 71292, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-cv-00634-JJH |
| | ) | |
| UNITED COLLECTION BUREAU, INC. | ) | |
| 5620 Southwyck Blvd. | ) | |
| Toledo, OH 43614. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, LATONYA KIMBLE, ("Plaintiff"), through her attorney, Jack S. Malkin, informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: March 18, 2016                By:_/s/ Jack S. Malkin_____
                                                            Jack S. Malkin
                                                            Ohio Bar Number: 0034018
                                                            20521 Chagrin Blvd, Suite E
                                                            Shaker Heights, OH 44122
                                                            Tel: 216-751-7708
                                                            Jmalkin23@hotmail.com
                                                            Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

On March 18, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense counsel.

                                                    By:_/s/ Jack S. Malkin_